**Christopher L. MILLER, Appellant,**

v.

**Karen A. MILLER, Respondent.**

**No. WD 70622.**

Missouri Court of Appeals,
Western District.

Jan. 12, 2010.

Jeremiah Kidwell, Kansas City, MO, for Appellant.

Charles E. Weedman, Jr., Harrisonville, MO, for Respondent.

Before JAMES EDWARD WELSH, P.J., MARK D. PFEIFFER, and KAREN KING MITCHELL, JJ.

**ORDER**

PER CURIAM:

Christopher L. Miller appeals the circuit court's judgment dissolving his marriage to Karen A. Miller. We affirm. Rule 84.16(b).